UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NORTHEAST ENERGY PARTNERS, LLC,** | ) ) |
| Plaintiff | ) ) |
| v. | ) C.A. NO. 10-CV-30148-MAP ) |
| **MAHAR REGIONAL SCHOOL DISTRICT,** | ) |
| Defendant | ) |

### ORDER RE: STATUS REPORT

April 4, 2013

**PONSOR, U.S.D.J.**

On October 15, 2012, following a status conference, the court issued a schedule setting forth deadlines for completion of discovery, filing of motions for summary judgment, and argument, to take place on April 4, 2013. No motion for summary judgment has been filed. With this in mind, the court hereby orders counsel to file with this court a joint status report no later than April 15, 2013. This report will indicate whether counsel are still attempting to reach a settlement of the case, or wish to proceed to trial. Any other details regarding the status of the case will be appreciated.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge