UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
NORTHEAST ENERGY PARTNERS,     )
LLC,                           )
          Plaintiff            )
                               )
     v.                        ) C.A. NO. 10-CV-30148-MAP
                               )
MAHAR REGIONAL SCHOOL DISTRICT,)
          Defendant            )
                               )
     v.                        )
                               )
CONSTELLATION NEW ENERGY,      )
     Third-Party Defendant     )
```

MEMORANDUM AND ORDER REGARDING
PLAINTIFF'S MOTION TO FILE SECOND AFFIDAVIT
AND MOTION TO SEAL DOCUMENT
(Dkt. Nos. 89 & 90)

September 12, 2013

PONSOR, U.S.D.J.

Plaintiff's Motion for Attorney Fees and Costs (Dkt. No. 85) is currently pending before this court. All parties have agreed that, upon resolution of this one remaining issue, all claims in the case may be dismissed.

In connection with the briefing of the Motion for Attorney Fees, Plaintiff has filed a Motion for Leave to File Second Affidavit (Dkt. No. 89) and a Motion to Seal Document (Dkt. No. 90). These two motions will be allowed. It is only fair, both to the parties and to the court, to address the issues raised by the Motion for Attorney Fees with as complete and informative a record as possible.

Counsel for Defendant Mahar has requested that, if the court

permits the filing of the second affidavit and allows the Motion to Seal, Defendant be given an opportunity to file a sur-reply in light of these new documents. As Mahar's counsel points out, however, litigation with regard to the issue of attorney's fees has already been going on for some time and is costly to all parties, but particularly to Mahar.

With this in mind, the court orders as follows:

1. Counsel will meet and attempt to reach an amicable resolution of the attorney's fees issue. All parties will make every effort to approach these negotiations with an open mind and with an appreciation that there is benefit to all sides in resolving this without further expenditure.

2. Counsel will report as to the outcome of these negotiations no later than October 15, 2013.

3. In the event that counsel report that they have been unable to resolve the dispute regarding attorney's fees, counsel for Mahar may file his sur-reply no later than October 30, 2013.

4. Plaintiff may file its response to the sur-reply no later than November 15, 2013. At that time, the court will make a decision as to whether oral argument is necessary. If not, the court will proceed to rule on the pending motion on the papers.

In sum, the Motions for Leave to File Second Affidavit (Dkt. No. 89) and to Seal Document (Dkt. No. 90) are hereby ALLOWED. The court will wait notification from the parties and possible further briefing, before addressing the outstanding Motion for Attorney Fees and Costs. Counsel should make vigorous good-faith efforts to resolve the dispute over attorney's fees in order to avoid the necessity of incurring still more fees.

It is So Ordered.

    /s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge