```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

NORTHEAST ENERGY PARTNERS,  )
LLC,                        )
        Plaintiff           )
                            )
        v.                  ) C.A. NO. 10-CV-30148-MAP
                            )
MAHAR REGIONAL SCHOOL DISTRICT, )
        Defendant           )

<u>ORDER</u>

January 15, 2014

PONSOR, U.S.D.J.

    On October 15, 2013, counsel informed the court that they had resolved their differences and that they expected to file final documents to close the case shortly.  In the three months following, nothing happened.  Counsel appeared before the court on January 14, 2014 to explain.

    Based on counsel's representations, the court orders as follows:

>    1. Counsel will submit a joint status report, drafted by counsel for Plaintiff, no later than February 14, 2014, confirming final resolution of this matter.
>
>    2. On February 14, 2014, unless the status report provides strong reasons not to, the court will issue a 60-day order of dismissal removing this case from its docket, without prejudice to resurrecting it within 60 days.

    Counsel have worked very hard to resolve this case.  It

is now past time to put it to rest and allow everyone to move on to other things.  Final resolution should be prioritized.

It is So Ordered.


/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge